# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

     Plaintiff,

v.

 PERCY LEE STROTHER, JR.,

     Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: TONY N. LEUNG
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 19-cr-128 JRT/TNL |
| Date: | May 16, 2019 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Court Reporter: | Audio Recording |
| Time Commenced: | 10:04 AM |
| Time Concluded: | 10:08 AM |
| Sealed Hearing Time: | -- |
| Time in Court: | 4 Minutes |

APPEARANCES:

  Plaintiff:  Bradley M. Endicott, Assistant U.S. Attorney
  Defendant: John S. Hughes, ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

  ☒ Reading of Indictment Waived ☐ Indictment Read into Record ☒ Not Guilty Plea Entered

Government Disclosures Due Date:   5/23/19
Defendant's Disclosures Due Date:   5/30/19
Motion Filing Date:   6/6/19
Motion Response Date:  6/20/19
Notice of Intent to call Witnesses:  6/20/19
Responsive Notice Deadline: 6/25/19
Motion Hearing Date: June 27, 2019 at 1:00 p.m. before Magistrate Judge Leung, in Courtroom 9W, Mpls

Voir Dire/Jury Instruction Due Date:  7/22/19
Trial Date: July 29, 2019 at 9:00 a.m. before Chief Judge Tunheim in Courtroom 15E, Mpls.

Other Remarks:

☒ Counsel to be notified of additional dates by separate Order to be issued.

       *s/ Holly McLelland*
       Courtroom Deputy