# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Percy Lee Strother, Jr. (1),<br><br>    Defendant. | **COURT MINUTES**<br>BEFORE:  Tony N. Leung<br>U.S. Magistrate Judge<br><br>Case No:         19-cr-128 (JRT/TNL)<br>Date:             August 1, 2019<br>Court Reporter:  Tim Willette<br>Courthouse:      Minneapolis<br>Courtroom:       9W<br>Time Commenced: 1:05 p.m.<br>Time Concluded:  3:15 p.m.<br>Sealed Hearing Time: n/a<br>Time in Court:   2 Hours & 10 Minutes<br>Hearing Type: Evidentiary |

APPEARANCES:
   Plaintiff:  Bradley M. Endicott, Assistant U.S. Attorney
   For Defendant Percy Lee Strother, Jr. (1): John S. Hughes & Steven Wright, CJA

Deft(s). addtl briefs due:  **September 12, 2019**   Govt. addtl briefs due:  **September 26, 2019**

Non-Dispositive motions taken under advisement as of today:  **15, 16, 17, 18, and 19**
Dispositive motions taken under advisement as of **9/26/2019**: **20, 21, and 22**

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☒ R&R TO BE ISSUED     ☐ NO R&R TO BE ISSUED
   ☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

Reset Hearings:
Voir Dire/Jury Instruction Due Date: 10/7/2019
Trial Date: 10/21/2019 at 9:00 a.m. Before: Chief District Judge John R. Tunheim. Crtrm: 15, Minneapolis

Additional Information: The Court heard testimony from Sergeant Robert Topp of the Plymouth Police Department, Office Miguel Robles of the New Hope Police Department, Office Marcus Ottney of the Minneapolis Police Department, and Sergeant Seth Augdahl of the Hennepin County Sheriff's Office. The Government offered and the Court received Government exhibits 1 through 13. Defendant offered and the Court received Defendant exhibits 1 and 2.

                                                                             s/JRE
                                                                   Signature of Law Clerk