UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-128 (JRT/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PERCY STROTHER Jr., )<br>)<br>Defendant. ) | **GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE REPORT AND RECOMMENDATION** |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Assistant United States Attorney Bradley M. Endicott hereby submits its response in opposition to the defendant's Objections to the Report and Recommendation (R&R) (Doc. No. 48) issued by the Honorable Tony N. Leung (Doc. No. 46).

The defendant's Objection to the R&R essentially restates his previous arguments that the Magistrate Judge rejected. Therefore, the government respectfully asks the Court to overrule the defendant's objections and to adopt the Magistrate Judge's R&R.

Dated: December 2, 2019

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Bradley M. Endicott*

BY:  BRADLEY M. ENDICOTT
Assistant U.S. Attorney
Attorney ID No. 0349872