UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO.: 19-128 (JRT/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| PERCY LEE STROTHER, JR., | |
| Defendant. | |

This matter came before the Court on Defendant Percy Strother's Motion for Hearing to Determine Competency of Defendant [Doc. No. 62]. Having considered the matter,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion is **GRANTED**.

2. Mr. Strother shall be committed for a reasonable period not to exceed 30 days to the custody of the Attorney General for placement in a suitable facility. The Court recommends that the evaluation take place in the Federal Medical Center in Rochester, Minnesota.

3. Mr. Strother shall submit to the evaluation, which shall be conducted pursuant to 18 U.S.C. § 4247(b), and a report prepared pursuant to 18 U.S.C. § 4247(c).

4. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the time period between the signing of this order and the determination of Mr. Strother's mental competency shall be excluded from Speedy Trial Act computations.

Dated: 03/16/2020

John R. Tunheim
Chief Judge
United States District Court