HONORABLE JUDGE JOHN R. TUNHEIM

With all due respect your honor, I Percy Lee Strother Jr. here in Sherburne County Jail, write you this letter of my own accord. I understand in a response, and grant of a motion that Mr. Hughes filed for competency, on line 2 of your motion the Court recommended a evaluation at (FMC) Rochester, and that's all the Court can do is recommend placement, because the FBOP is their own entity. I've been taking medications for 30 years.

When I went to get the § 4241 done, I was sent to SeaTac Washington for the evaluation. During my travel out there, and being in FBOP custody, I was told that the medication that I take, and I'm taking it right now, certain facilities in the BOP do not allow them, and there are ones that do.

Your Honor I understand according to a § 4244, it says that, "prior to the time the defendant is sentenced, file a motion for a hearing on the present mental condition of the defendant if the motion is supported by substantial information indicating that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility. The court shall grant the motion, or at any time prior to the sentencing of the defendant shall order such a hearing on its own motion, if it is of the opinion that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility."

In 2019 I had a RULE 25 done by a lady named Lindsey Erickson, at the request of the late Mr. Jim Bransford, she recommended a place called Vinland, a place that treats people with T.B.I.'s., which was brought up in detention hearing 4/24/19. I took a plea, and I will be going to a federal facility. I just hope that you can respond to this letter, an let me know a solution. I've tried a lot of different medications and I do not want to turn into a guinea pig experimenting with new medications, I've been through all that in the past. The medications I'm on work, I've been on them for years, and they work when I take them. My physical symptoms are what let to psychological ones, I'm serious about recovery, hopefully I can receive suitable placement. I very much appreciate your time.

Respectfully submitted,

Dated: June 1st  2021

**RECEIVED BY MAIL**

**JUN 0 3 2021**

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

By:/s/Percy Lee Strother Jr.
    Defendant
    Sherburne County Jail
    13880 Business Center Dr. N.W.
    Elk River, MN 55330



**SCANNED**
JUN 0 3 2021
U.S. DISTRICT COURT MPLS